> ACKNOWLEDGED. Case is dismissed without prejudice.
> DATED: Oct 17, 2025
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Norman Johnston

Civil Case # 1:19-cv-01459-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Norman Johnston, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:19-cv-01459-RLY-TAB.

Dated: August 26, 2025.

Respectfully Submitted,

*/s/ C. Moze Cowper*
C. Moze Cowper
(NJ # 00452001)
(TX # 24095180)
(DC # 1048045)
**COWPER LAW LLP**
12301 Wilshire Blvd., Suite 303
Los Angeles, CA 90025
Tel.: (877) 529-3707
Fax: (877) 284-0980
mcowper@cowperlaw.com

*Attorney for Plaintiff*